# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY D. FABRICANT, individually and as the representative of a class of similarly-situated persons,<br><br>                Plaintiff<br><br>vs.<br><br>CENTURY SUPPORT SERVICES, LLC and CENTURY DS, LLC,<br><br>                Defendant | CIVIL ACTION AT LAW<br><br>(JUDGE DAVID S. CERCONE)<br><br>NO. 2:19 – CV – 0058 – DSC<br><br>ELECTRONICALLY FILED |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**NOW COME** the Plaintiff, Terry D. Fabricant ("Plaintiff"), and Defendants, Century Support Services, LLC and Century DS LLC (collectively, "Defendants"), by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal without prejudice of Plaintiff's individual claims against Defendants and without prejudice of the putative class claims against Defendants. Each party shall bear its own respective costs and attorneys' fees. This Stipulation for Dismissal will become with prejudice after the Total Settlement Payment has been paid to Plaintiff on or about Tuesday, March 31, 2020. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) no court order is necessary, and the Parties can dismiss this lawsuit without court

41758635.1

order.

Dated: November **7**, 2019.	Respectfully submitted,

By:	*/s/ Jamey R. Campellone*
BETH-ANN E. KRIMSKY
Fla. Bar No. 968412
*Pro Hac Vice Application Anticipated*
Email: beth-ann.krimsky@gmlaw.com
Email: clemencia.corzo@gmlaw.com
JAMEY R. CAMPELLONE
Fla. Bar No. 119861
*Pro Hac Vice Application Anticipated*
Email: jamey.campellone@gmlaw.com
Email: shayna.turpenen@gmlaw.com
**GREENSPOON MARDER LLP**
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 527-6296
Fax: (954) 333-4027
*Attorneys for Defendants Century Support Services, LLC and Century DS, LLC*

SO ORDERED:
s/David Stewart Cerconce

and

By:	*/s/ Thomas J. Campenni*
THOMAS J. CAMPENNI
Atty. ID. No. 87809
Email: tcampenni@rjglaw.com
**ROSENN, JENKINS & GREENWALD, LLP**
15 South Franklin Street
Wilkes-Barre, PA 18711
Tel: (570) 826-5652
Fax: (570) 706-3437

41758635.1

By:   */s/ Ryan M. Kelly*
Ryan M. Kelly
*Pro Hac Vice Admitted*
**Anderson + Wanca**
3701 W. Algonquin Rd. Ste#500
Rolling Meadows, IL 60008
Email: rkelly@andersonwanca.com
Telephone: (847) 368-1500
Facsimile: (847) 368-1501

*and*

Clayton S. Morrow
**Morrow & Artim, PC**
304 Ross Street, 7th Floor
Pittsburgh, PA 15219
Email: csm@consumerlaw365.com
Telephone: (412) 209-0656
Facsimile: (412) 386-3184
*Attorneys for Plaintiff*

**[CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE]**

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY D. FABRICANT, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff<br><br>vs.<br><br>CENTURY SUPPORT SERVICES, LLC and CENTURY DS, LLC,<br><br>Defendant | CIVIL ACTION AT LAW<br><br>(JUDGE DAVID S. CERCONE)<br><br>NO. 2:19 – CV – 0058 – DSC<br><br>ELECTRONICALLY FILED |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **7th** day of November 2019, I electronically filed the foregoing Joint Stipulation of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record, including: **Clayton S. Morrow, Esq.**, Morrow & Artim, PC, 304 Ross Street, 7th Floor, Pittsburgh, Pennsylvania 15219 (cmorrow@allconsumerlaw.com); and **Ryan M. Kelly, Esq.**, Anderson + Wanca, 3701 Algonquin Road, Suite 760, Rolling Meadows, Illinois 60008 (rkelly@andersonwanca.com), *Attorneys for Plaintiff*.

By:  /s/ Thomas J. Campenni
THOMAS J. CAMPENNI
Atty. ID. No. 87809

41758635.1